UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

RICHARD BURR,

                                          Plaintiff,

-against-

TIMOTHY B. HOWARD, individually
and in his [former] official capacity as Sheriff of
Erie County; and

THOMAS DIINA, individually and in his [former]
official capacity as Superintendent of the Jail Management Division of the Erie County Sheriff's Office, and

BRIAN McLAUGHLIN, individually and in his
former] official capacity as Commissioner of the Erie
County Probation Department, and

JOHN J. FLYNN, individually and in his official capacity as District Attorney of Erie County, and

[Former] Erie County Sheriff's Deputy Sergeant JOHN [actually, "MATTHEW"] CROSS a/k/a Deputy JOHN DOE #1, individually and in his [former] official capacity as a Deputy Sheriff of Erie County, and

Erie County Sheriff's Deputy Sergeant SLIMEC a/k/a Deputy JOHN DOE #2, individually and in his official capacity as a Deputy Sheriff of Erie County,

and

COUNTY OF ERIE, NEW YORK,

                                          Defendants.

**STIPULATION OF DISCONTINUANCE AND VOLUNTARY DISMISSAL**

**Case #:   1:20-cv-00189-JLS-JJM**

---

        **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys for the parties, none of whom is a minor or an incompetent, that the above entitled action, having been fully and finally settled and compromised, be and the same hereby is discon-

1

tinued and voluntarily dismissed, with prejudice, as provided for by Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED**, by and between the undersigned attorneys for the parties, none of whom is a minor or an incompetent, that this Stipulation, once fully executed, may be filed with the Clerk of the Court without further notice.

**Dated:** Buffalo, New York
March 29, 2022

By: _____
FRANK S. FALZONE, ESQ..

Attorney for Plaintiff, Richard Burr

Office & P. O. Address:
215 Hampshire Street
Buffalo, New York 14213
Tel: (716)881-2653
Email: ffalzoneatty@gmail.com

By: _____
Ass.t. Erie Co. Att'y., KENNETH R. KIRBY, Esq.
**MICHAEL A. SIRAGUSA, ESQ.**
Erie County Attorney, Attorney for Defendants
Office & P. O. Address:
Erie County Department of Law
95 Franklin Street, Room 1634
Tel: (716)858-2226
Email: Kenneth.kirby@erie.gov

2